UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,   Case No. 3:11-cr-177

   Judge Timothy S. Black

vs.

CHARLES D. WARREN,

   Defendant.

### ORDER OF DISMISSAL

Pursuant to Rule 489(a) of the Federal Rules of Criminal Procedure and by leave of Court endorse hereon, the United States Attorney's Office for the Southern District of Ohio hereby dismisses with prejudice against the defendant Charles D. Warren the Information pending against him in this case.

Respectfully submitted,

CARTER STEWART
United States Attorney

_____
SHEILA LAFFERTY
Attorney for United States of America
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
Tel: 937-225-2910
Fax: 937-225-2564
Email: sheila.lafferty@usdoj.gov

**Leave of Court is granted for the filing of the foregoing Order of Dismissal.**

Date: 2/7/13

_____
TIMOTHY S. BLACK
United States District Judge